**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Kathleen Ann Manning
McGlinchey Stafford
601 Poydras St., 12th Floor
New Orleans LA 70130

Patrick G. Broderick
Dechert, LLP
1095 Ave of Americas, 27th fl.
New York NY 10036-6797

Charles Stovall Weems, III
Gold, Weems, Bruser, el al
P. O. Box 6118
Alexandria LA 71307-6118

**REHEARING ACTION: January 18, 2012**

**Docket Number: 11   00609-CA**

**CHRISTINA HOYT HUTTO, ET AL.**
**VERSUS**
**MCNEIL-PPC, INC., ET AL.**

**Appealed from St. Landry Parish Case No. 04-C-0096-D**

**BEFORE JUDGES:**

> **Hon. Marc T. Amy**
> **Hon. Elizabeth A. Pickett**
> **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **McNeil-PPC, Inc.** has this day been

> **DENIED.**

cc: Donald Wayne Washington, Counsel for the Appellee
    Nadia Marie de la Houssaye, Counsel for the Appellee
    J. Clemille Simon, Counsel for the Appellee
    Barry Louis Domingue, Counsel for the Appellee